THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* JAMES WEAVER, Petitioner-Appellant.

(No. 56641; ▮▮▮▮▮▮▮▮)

First District—June 13, 1972.

Opinion by Mr. JUSTICE LYONS.

Alan I. Becker, of Chicago, for appellant.

William J. Scott, Attorney General, of Springfield, and Edward V. Hanrahan, State's Attorney, of Chicago, (James B. Zagel, Assistant Attorney General, and Robert A. Novelle and James Truschke, Assistant State's Attorneys, of counsel,) for the People.

*In re* MATTER OF ARBITRATION—(DEL BIANCO & ASSOCIATES, INC., Plaintiff-Appellee, *v.* SAM ADAM *et al.,* Defendants-Appellants.)

(No. 54370; ▮▮▮▮▮▮▮▮)

First District—June 15, 1972.